**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

| | |
|---|---|
| Signal Hill Supply & Service Inc.<br>Debtor | Case No. 25-10776-KHK<br>(Chapter 7) |

### ORDER FOR DEBTOR TO APPEAR AND SHOW CAUSE
### WHY CASE SHOULD NOT BE DISMISSED

The Debtor filed this Voluntary Chapter 7 case on April 16, 2025 (Docket No. 1). The Debtor's Corporate Resolution (Docket No. 2) purports to be passed by the Board of Directors. It is not clear that the Resolution was signed by directors of the company because the signature lines do not contain titles. The Court, therefore, will set this case for a hearing on why this case should not be dismissed for lack of authority to file. Accordingly, it is hereby**,**

    **ORDERED:**

1. This case is set for hearing on **Tuesday, June 3, 2025 at 11:00 am.** The Debtor shall appear and show cause, if any, why this case should not be dismissed.

2. If the Debtor files a corrected Resolution that corrects the issues identified in this Order, the hearing will be removed from the docket.

3. The Clerk shall provide a copy of this order and electronic notice of its entry to the parties listed below.

Date: Apr 25 2025

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 28 2025

1

| **Mailed copies to:** | **Electronic copies to:** |
|---|---|
| Signal Hill Supply & Service Inc.<br>7701 B Tiffany Court<br>Clifton, VA 20124 | Donald F. King<br>*Chapter 7 Trustee*<br><br>Richard G. Hall<br>*Counsel for Debtor* |