**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SIGNAL HILL SUPPLY & SERVICE INC.,** | * | **Case No. 25-10776-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

### TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

DONALD F. KING, the Chapter 7 Trustee ("**Applicant**" or "**Trustee**") for the estate of the Debtor in this case (the "**Estate**"), by counsel, states as follows:

1. Applicant is the duly qualified and acting Trustee in this case.

2. In Adversary Proceeding Number 26-01021-KHK (the "**A/P**"), the Trustee is seeking the avoidance of the transfer of certain firearms and related items (collectively, the "**Firearms**") and the recovery of those Firearms or the value thereof for the benefit of the Estate. The A/P implicates the National Firearms Act and related laws and regulations (collectively, the "**NFA**"). To assist the Trustee in prosecuting the A/P, the Trustee requires the services of counsel who has specialized knowledge and experience regarding the NFA and its relation to or impact upon the relief requested by the Trustee in the A/P.

3. For this reason, the Applicant desires to retain Timothy V. Anderson and the law firm of Anderson & Associates, PC (collectively, the "**Firm**"), as special counsel for the Trustee.

4. Because the Firm has knowledge and experience in both bankruptcy law and the NFA, Applicant believes that the Firm is well qualified to represent the Trustee in the A/P.

Donald F. King (VSB No. 23125)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel:    703-218-2116
Fax:    703-218-2160
Email:  donking@ofplaw.com

*Counsel for Trustee*

5.      Based upon the Declaration of Timothy V. Anderson attached hereto, Applicant believes that the Firm does not hold or represent any interest adverse to that of your Applicant or the Estate and is a disinterested person within the meaning of 11 U.S.C. § 101(14). Further, Applicant believes that the Firm has no connections with the Debtor, the Trustee, creditors, Samuel Hillenburg, any other party in interest, their respective attorneys and accountants, or the United States Trustee, or any person employed in the Office of the United States Trustee, except that the Firm, in its role as a consumer bankruptcy practitioner, has filed chapter 7 cases in the Alexandria Division for which the Trustee is or has been appointed as the Chapter 7 Trustee.

6.      Applicant is informed that the normal hourly billing rates for the Firm's professionals at the time of this Application are $500 per hour for Mr. Anderson, $350 per hour for associates, and $125 per hour for paralegals, and that such normal hourly billing rates may change from time-to-time.  It is contemplated that the Firm will seek compensation based upon its normal and customary billing rates in effect at the time the services are provided, and that the Firm will seek reimbursement for its expenses. The Firm also may seek interim compensation during the case as permitted by 11 U.S.C. § 331.  Moreover, the Firm understands that the sole source of payment for its approved compensation is the Estate.

WHEREFORE, Applicant prays that he be authorized to employ Timothy V. Anderson and the firm of Anderson & Associates, PC, specially, as his attorneys to render services in the areas described above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

**DONALD F. KING, TRUSTEE**
**By Counsel**

2

**/s/** *Donald F. King*
**Donald F. King (VSB No. 23125)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel:     703-218-2116**
**Fax:     703-218-2160**
**Email:  donking@ofplaw.com**

*Counsel for Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, a true and accurate copy of this Application, together with Declaration of Timothy V. Anderson and proposed Order, were sent via email to the Office of the U.S. Trustee at ustpregion04.ax.ecf@usdoj.gov, and via Notice of Electronic Filing to Counsel to Debtor, Samuel Hillenburg, and all registered users in this case pursuant to this Court's CM/ECF policy.

*/s/ Donald F. King*
**Donald F. King**

#6724663