**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:                                          *
                                                *
**SIGNAL HILL SUPPLY & SERVICE INC.,** *          **Case No. 25-10776-KHK**
                                                *       Chapter 7
        Debtor.                                 *

## DECLARATION OF TIMOTHY V. ANDERSON

I, Timothy V. Anderson, declare:

1.      I am an attorney duly admitted to practice before all Courts of the Commonwealth of Virginia, the United States District Court for the Eastern District of Virginia, and the United States Bankruptcy Court for the Eastern District of Virginia.

2.      I am the principal of Anderson & Associates, PC, the law firm (the "**Firm**") that the Applicant/Trustee is seeking to employ as special counsel by the Application to which this Declaration is attached. Other members and associates of this Firm are similarly duly admitted to practice in this Commonwealth and before this Court.

3.      I and the Firm have experience in bankruptcy and debtor/creditor law.  In addition, I have specialized knowledge and experience in the area of federal firearm laws and regulations, including, without limitation, the National Firearms Act and related laws and regulations, as amended, which is the substantive area of law as to which the Firm will advise and represent the Trustee specially.  The Firm is well qualified to represent the Applicant specially herein and is willing to accept employment on the basis set forth in the Application.

4.      I and the Firm, its members and its associates, do not hold any interest adverse to the above-entitled estate, and the Firm is a disinterested person as defined in 11 U.S.C. § 101(14). Further, I and the Firm have no connection with the Trustee, Debtor, creditors, Samuel Hillenburg,

1

any other party in interest,  their respective attorneys or accountants, or any person employed in the Office of the United States Trustee, except that I, in my role as a consumer bankruptcy practitioner, have filed Chapter 7 cases in the Alexandria Division in which the Trustee is or has been appointed as the Chapter 7 Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of July, 2026, at Virginia Beach, Virginia.

*Timothy Anderson*

*/s/ Timothy V. Anderson*
Timothy V. Anderson
VSB No. 43803

2