**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:                                                    *
                                                          *
**SIGNAL HILL SUPPLY & SERVICE INC.,** *          **Case No. 25-10776-KHK**
                                                          *          Chapter 7
Debtor.                                          *

## ORDER AUTHORIZING TRUSTEE'S EMPLOYMENT OF SPECIAL COUNSEL

The Court has considered the Application of Donald F. King, Chapter 7 Trustee ("**Applicant**") for the Debtor's estate, to employ special counsel, and the Declaration of Timothy V. Anderson in support thereof.

IT APPEARS that Timothy V. Anderson and the law firm of Anderson & Associates, PC (collectively, the "**Firm**"), are disinterested persons and do not hold or represent an interest adverse to the estate, and that the employment of the Firm, specially, by the Applicant is in the best interest of this estate. Therefore, it is

ORDERED that Donald F. King, Trustee, is authorized to employ Timothy V. Anderson and the law firm of Anderson & Associates, PC, specially, as attorneys for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

Dated: _____          _____
    Alexandria, VA                    **KLINETTE H. KINDRED**
                                          **United States Bankruptcy Judge**


                                          Entered on docket _____

_____
Donald F. King (VSB No. 23125)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel:    703-218-2116
Fax:    703-218-2160
Email:  donking@ofplaw.com

*Counsel for Trustee*

I ASK FOR THIS:


/s/ *Donald F. King*
**Donald F. King (VSB No. 23125)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel:    703-218-2116**
**Fax:    703-218-2160**
**Email:  donking@ofplaw.com**

*Counsel for Trustee*


SEEN AND NO OBJECTION:


*/s/ Michael Freeman*
**Michael Freeman**
**Office of the U.S. Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, Virginia 22314**

### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I certify that this Order has been endorsed by all necessary parties.


*/s/ Donald F. King*
**Donald F. King**


**PARTIES TO RECEIVE COPIES**
Counsel for Trustee – To be served electronically
Counsel for Debtor – To be served electronically


#6724664

2